**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:                                                                                      CASE NO.:21-41918-ELM-13

**ROBERT JOSHUA PIERCE**
   2837 HEMPHILL ST
   FORT WORTH, TX 76110
   SSN/TIN: XXX-XX-5175

**DEBTOR**

### NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

   Debtor has completed payments to Trustee under the Chapter 13 Plan. If eligible for a chapter 13 discharge, Debtor must file a Certificate and Motion for Entry of Discharge within twenty-one (21) days.

Trustee is not aware of any facts that make Debtor ineligible for a chapter 13 discharge.

   Respectfully submitted,

By:   /s/ Ethan S. Cartwright
   Ethan S. Cartwright, Staff Attorney
   Bar No. 24068273
   PAM BASSEL STANDING CHAPTER 13 TRUSTEE
   Bar No. 01344800
   860 Airport Freeway, Ste 150
   Hurst, TX 76054
   (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                              By:    /s/ Ethan S. Cartwright
                                      Ethan S. Cartwright

ROBERT JOSHUA PIERCE
2837 HEMPHILL ST
FORT WORTH, TX  76110